In my judgment, then, a rehearing in this case should not be allowed merely on the certificate of counsel. In this conclusion my associate concurs, and consequently the case stands for argument on the merits of the petition.

## Case No. 4,438.

EMERSON v. GENNEY.

## Case No. 4,439.

EMERSON v. HOGG.

Circuit Court, S. D. New York. May, 1847.

## Case No. 4,440.

EMERSON v. HOGG et al.

[2 Blatchf. 1;[1] 1 Fish. Pat. Rep. 77; 40 Jour. Fr. Inst. 27.]

Circuit Court, S. D. New York. Dec. 1, 1845.

[1] [Reported by Samuel Blatchford, Esq., and here reprinted by permission.]